| | |
|---|---|
| 1 | REBECCA L. MASTRANGELO, ESQ. |
| | Nevada Bar No. 5417 |
| 2 | ROGERS, MASTRANGELO, CARVALHO & MITCHELL |
| | 700 S. Third Street |
| 3 | Las Vegas, Nevada 89101 |
| | Phone (702) 383-3400 |
| 4 | Fax (702) 384-1460 |
| | rmastrangelo@rmcmlaw.com |
| 5 | Attorneys for Defendants |
| | THYSSENKRUPP ELEVATOR CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANNA JONES, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:19-cv-00600-GMN-VC |
| vs. | ) |
| | ) |
| UNITED STATE OF AMERICA; | ) |
| THYSSENKRUPP ELEVATOR | ) |
| CORPORATION, a Delaware Corporation; | ) |
| THYSSENKRUPP ELEVATOR | ) STIPULATION AND ORDER FOR |
| MANUFACTURING, INC., a Delaware | ) DISMISSAL OF THYSSENKRUPP |
| Corporation; DOES I through X, inclusive; | ) ELEVATOR MANUFACTURING, INC. |
| and ROE CORPORATIONS XI through | ) WITHOUT PREJUDICE |
| XX, inclusive, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record, that the above-entitled matter be dismissed AS TO THYSSENKRUPP ELEVATOR MANUFACTURING, INC. ONLY, without prejudice, all parties to bear their own costs and attorney's fees.

DATED this 7th day of May, 2021.

| Rogers, Mastrangelo, Carvalho & Mitchell | Heaton & Associates, PLLC |
|---|---|
| /s/ Rebecca Mastrangelo | /s/ Jared Herling, Esq. |
| Rebecca L. Mastrangelo, Esq. | Jared F. Herling, Esq. |
| Nevada Bar No. 005417 | Nevada Bar No. 13350 |
| 700 S. Third Street | 5785 Centennial Center Blvd., Ste. 240 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89149 |
| Attorney for Defendant | Attorney for Plaintiff |

# ORDER FOR DISMISSAL WITHOUT PREJUDICE

Based upon the foregoing Stipulation by the parties and good cause appearing therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled action be, and the same hereby is dismissed without prejudice AS TO DEFENDANT THYSSENKRUPP ELEVATOR MANUFACTURING, INC. ONLY, each party to bear its own costs and attorney's fees incurred.

Submitted by:

Rogers, Mastrangelo, Carvalho & Mitchell

/s/ Rebecca Mastrangelo

Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 005417
700 S. Third Street
Las Vegas, Nevada 89101
Attorney for Defendant

IT IS SO ORDERED.

Dated this __7__ day of May, 2021.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT