REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
Attorneys for Defendant
THYSSENKRUPP ELEVATOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANNA JONES, <br><br> Plaintiff, <br><br> vs. <br><br> THYSSENKRUPP ELEVATOR CORPORATION, a Delaware Corporation; DOES I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-00600-GMN-VCF <br><br> STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE |

   IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record, that the above entitled matter has settled and, therefore, the continued Settlement Conference scheduled for July 29, 2021 may be vacated.

   IT IS FURTHER STIPULATED and AGREED that the parties will be submitting a

/ / /

/ / /

/ / /

1 | Stipulation and Order for Dismissal but, due to the time that CMS/Medicare needs to approve the
2 | settlement, it may take 60 to 90 days before the settlement is finalized.
3 | DATED this 19th day of July, 2021.

| | |
|---|---|
| Rogers, Mastrangelo, Carvalho & Mitchell | Heaton & Associates, PLLC |
| /s/ Rebecca Mastrangelo | /s/ Jared Herling |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 005417<br>700 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant | Jared F. Herling, Esq.<br>Nevada Bar No. 13350<br>5785 Centennial Center Blvd., Ste. 240<br>Las Vegas, Nevada 89149<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED this 19th day of July, 2021.  The Settlement conference scheduled for July 29, 2021, is VACATED.

IT IS FURTHER ORDERED that the Stipulation and Order of Dismissal must be filed on on or before December 1, 2021.

_____
U.S. MAGISTRATE

Submitted By:

Rogers, Mastrangelo, Carvalho & Mitchell

/s/ Rebecca Mastrangelo

Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 005417
700 S. Third Street
Las Vegas, Nevada 89101
Attorney for Defendant

2