1  REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
3  Las Vegas, Nevada 89101
Phone (702) 383-3400
4  Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
5  Attorneys for Defendant
THYSSENKRUPP ELEVATOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| ANNA JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 2:19-cv-00600-GMN-VC |
| vs. | ) | |
| | ) | |
| THYSSENKRUPP ELEVATOR CORPORATION, a Delaware Corporation; DOES I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, | ) ) ) ) ) | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record, that the above entitled matter be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

/ / /

/ / /

/ / /

IT IS ALSO STIPULATED and AGREED that the trial of this matter, which is currently set for November 29, 2021, will be vacated.

DATED this 10th day of November, 2021.

| Rogers, Mastrangelo, Carvalho & Mitchell | Heaton & Associates, PLLC |
|---|---|
| /s/ Rebecca Mastrangelo | /s/ Jared Herling |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 005417<br>700 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant | Jared F. Herling, Esq.<br>Nevada Bar No. 13350<br>5785 Centennial Center Blvd., Ste. 240<br>Las Vegas, Nevada 89149<br>Attorney for Plaintiff |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  10  day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2